IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 10-cv-00937-WYD-MJW

GERALD D. MCCARTY, an individual,

    Plaintiff,

v.

MILLERCOORS, LLC,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the Petition to Dismiss, filed by Plaintiff on May 5, 2010 [#7], in which Plaintiff requests dismissal of this action without prejudice. Upon consideration of the petition and the file herein, and it is hereby

ORDERED that this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1), each party to pay its own costs and attorneys' fees.

Dated: May 6, 2010

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                Chief United States District Judge